# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

| | |
|---|---|
| DEIDRE BAILEY, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>ALLIED INSURANCE; NATIONWIDE MUTUAL INSURANCE COMPANY; AMCO INSURANCE COMPANY; and DOES 1 to 10,<br><br>Defendants. | CASE NO.: 2:18-cv-09122-CJC-MAA<br>Hon. Cormac J. Carney<br><br>**ORDER DISMISSING ACTION WITH PREJUDICE PURSUANT TO FRCP 41(a)(1)**<br><br>**Trial Date: October 15, 2019**<br>PTC: October 7, 2019 |

Pursuant to the Stipulation of the parties filed herein and good cause appearing therefore,

**IT IS ORDERED** that this matter be and hereby is dismissed with prejudice **pursuant to Federal Rule of Civil Procedure 41(a)(1).**

Dated: May 24, 2019

_____
Hon. Cormac J. Carney
Judge of the United States District Court